App. Div.]        Second Department, February, 1912.

The People of the State of New York ex rel. Howard S. Starrett, Appellant, v. Eugene C. Gilroy, a City Magistrate, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Jacob Schmitt, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas and Carr, JJ., concurred; Woodward and Rich, JJ., dissented.

Title Guarantee and Trust Company, Individually and as Executor, etc., of Mary Augusta Mott, Deceased, Respondent, v. Philip Sugerman and Royal Bank of New York, Appellants, Impleaded with George Billings, as Substituted Trustee, etc., and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. (See *Pratt* v. *Clark*, 124 App. Div. 248.) Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Frederick Winckler and Another, Respondents, v. Louis Winckler, Individually and as Executor, etc., Appellant.— Motion for stay dismissed, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Rebecca Altman, Appellant, v. Harry Howard Altman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

James C. Bingham and John J. Fitzgerald, Copartners, Doing Business under the Firm Name of Bingham & Fitzgerald Company, Appellants, v. East Massapeaqua Realty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

Frank W. Bond, Appellant, v. Bush Terminal Company, Respondent. — Order modified by omitting direction to average earnings, and also the clause, "cannot with due diligence be ascertained by him," and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

Alex Butnors, Respondent, v. National Sugar Refining Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

William H. Coonan, Respondent, v. Hamburg-American Packet Company, Appellant. (Appeal No. 2.) — So much of order made on August 22, 1911, as is appealed from affirmed. Order of September 1, 1911, affirmed. Ten dollars costs and disbursements to respondent. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George H. Donahue, Respondent, v. Robert C. McCorkle, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

J. P. Duffy Company, Respondent, v. Michael Fischetti, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.